■ In the Matter of the Claim of S. CLAIR HEITZENRATER et al., Respondents, v. HOOKER CHEMICAL CORPORATION, DUREZ PLASTICS DIVISION, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application pursuant to section 538 of the Labor Law to fix the fee of the attorney

for claimant-respondent George Hartung upon appeal from a decision of the Unemployment Insurance Appeal Board in favor of the claimant granted, and fee fixed at $150, to be paid by the Industrial Commissioner. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.